UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KAREN DIANE STEGNER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-5227-JPD

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings. Upon remand, the Appeals Council shall consider whether the record warrants issuing an immediate decision. If the record needs further development, the Appeals Council shall direct the Administrative Law Judge to update the medical records, obtain a medical expert opinion to evaluate whether the severity of plaintiff's multiple sclerosis, in combination with her other impairments meets or equals the listings, especially 11.09 (as amended on 6/29/2016). If warranted, plaintiff's residual functional

ORDER
PAGE - 1

capacity shall be reassessed and supplemental vocational evidence may be obtained to reevaluate whether there are jobs in the national economy the claimant could still perform despite her limitations.

DATED this 5th day of September, 2018.

_____
JAMES P. DONOHUE
United States Magistrate Judge